# CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Odalys Martines-Chavarria**; DOB: 2002; United States Citizen<br>**Gabriel Garcia**; DOB: 1990; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-05795MJ** |

| Complaint for violation of Title 21, United States Code, Section 846 |
|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning at a time unknown, and continuing to on or about May 4, 2021, at or near Nogales, in the District of Arizona, **Odalys Martines-Chavarria** and **Gabriel Garcia** did knowingly and intentionally combine, conspire, confederate and agree together and with other persons known and unknown to possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On May 4, 2021, at approximately 9:50 p.m., **Odalys MARTINES**-Chavarria and **Gabriel GARCIA** presented themselves for inspection into the United States from the Republic of Mexico at the DeConcini Port of entry. **MARTINES** was the driver and registered owner of a 2014 Kia Optima and **GARCIA** was the front seat passenger. Customs and Border Protection Officers (CBPOs) questioned **MARTINES** about her itinerary to which **MARTINES** stated that she had been in Mexico for three days. When CBPOs checked **MARTINES'** crossing history, it showed that **MARTINES** had only been in Mexico for one day. Due to discrepancies in **MARTINES'** story, CBPOs referred the vehicle to secondary for a Z-portal x-ray scan to be conducted. After being escorted to the entrance of the Z-portal by CBPOs, **MARTINES** and **GARCIA** switched seats, putting **GARCIA** in the driver's seat. **GARCIA** then attempted to evade the Z-portal by backing up and driving aggressively through traffic. CBPOs stopped the vehicle at gunpoint and extracted all occupants. A search of **MARTINES** revealed two condom wrapped packages of pills in her groin area, and one in her purse. A search of the vehicle revealed an additional seven condom wrapped packages inside the vehicle under the seats and under the spare tire. A representative sample of the contents of the packages tested positive for the characteristics of fentanyl. The fentanyl had a total weight of 2.5352 kilograms.

After waiving her *Miranda* rights, **MARTINES** stated she has known **GARCIA** for approximately one year. **MARTINES** stated she agreed to pick up **GARCIA** in Nogales, Sonora, Mexico on May 4, 2021 and give him a ride to Nogales, AZ. **MARTINES** stated when she met **GARCIA** to give him a ride, **GARCIA** had a suitcase with pills and said that he needed to cross the pills into the United States. **MARTINES** advised that **GARCIA** knew her family and that she was worried he might do something. Upon further questioning, **MARTINES** acknowledged that **GARCIA** did not threaten her, nor had she known him to be involved with a cartel or violence. **MARTINES** agreed to take two packages and place them in her groin area. Upon arriving at the POE and being sent to secondary **GARCIA** panicked and told **MARTINES** to get in the back and said, "were going to leave".

After waiving his *Miranda* rights, **GARCIA** stated he had known **MARTINES** for approximately two years, and had asked her for a ride from Nogales, Sonora, Mexico to Nogales, AZ. **GARCIA** stated that when the vehicle was attempting entry into the United States, **MARTINES** told **GARCIA**, "I have some stuff on me". **GARCIA** stated he was scared and had **MARTINES** get in the back seat so he could get away. While being escorted from the vehicle by the CBPOs **GARCIA** was saying "My girlfriend made me do it" repeatedly.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| REQUEST DETENTION<br><br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>JS2/pl<br>AUTHORIZED AUSA *Julie Sottosanti* Ned for JS | SIGNATURE OF COMPLAINANT<br><br>DONNY S FIELDS  Digitally signed by DONNY S FIELDS<br>Date: 2021.05.05 09:43:57 -07'00'<br><br>OFFICIAL TITLE<br>HSI Special Agent<br>Donny Fields |
|---|---|
| Sworn to telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]  *Lynnette C. Kymin* | DATE<br>May 5, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54